# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156406(62)

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellant,

v

JOEL EUSEVIO DAVIS,
 Defendant-Appellee.
_____/

SC: 156406
COA: 332081
Wayne CC: 15-005481-FH

On order of the Chief Justice, the motion defendant-appellee to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before September 14, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2018



Clerk